# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at www.ca4.uscourts.gov/cmecftop.htm.

---

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 13-1722 as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: First Professionals Insurance Company

_____as the
(party name)

[ ] appellant(s)  [✓] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)

s/R. Hawthorne Barrett
(signature)

R. Hawthorne Barrett                     803-227-4219
Name (printed or typed)                  Voice Phone

Turner Padget Graham & Laney             803-400-1454
Firm Name (if applicable)                Fax Number

P.O. Box 1473

Columbia, SC 29202-0000                  TBarrett@TurnerPadget.com
Address                                  E-mail address (print or type)

---

## CERTIFICATE OF SERVICE

I certify that on June 18, 2013 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Janice Holmes
GALLIVAN, WHITE & BOYD, pa
Suite 1200
1201 Main Street
P.O. Box 7368
Columbia, SC 29202

s/R. Hawthorne Barrett                   June 18, 2013
Signature                                Date

11/17/2011
SCC