UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER INTERESTS

No.: 13-1722          Caption: The Medical Protective Co. v. Krysten Sutton

Pursuant to FRAP 26.1 and Local Rule 26.1, **FIRST PROFESSIONALS INSURANCE COMPANY,** which is an **APPELLEE**, makes the following disclosure:

1. Is party/amicus a publicly held corporation or other publicly held entity?   **NO**

2. Does party/amicus have any parent corporations? **NO**

If yes, identify all parent corporations, including grandparent and great-grandparent corporations: **N/A**

3. Is 10% or more of the stock of a party/amicus owned by a publicly held corporation or other publicly held entity? **NO**

If yes, identify all such owners: **N/A**

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Rule 26.1(b))? **NO**

5. Is party a trade association? **NO**

6. Does this case arise out of a bankruptcy proceeding? **NO**

s/ R. Hawthorne Barrett
R. Hawthorne Barrett
Thomas C. Salane
Turner Padget Graham & Laney P.A.
P.O. Box 1473
Columbia, SC 29202
(803) 254-2200
TBarrett@TurnerPadget.com
TSalane@TurnerPadget.com

Attorneys for the Appellee
First Professionals Insurance Co.

June 18, 2013