# OFFICE OF THE CIRCUIT MEDIATOR
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| **THOMAS F. BALL III**<br>CHIEF CIRCUIT MEDIATOR<br>PALMYRA, VIRGINIA | **EDWARD G. SMITH**<br>CIRCUIT MEDIATOR<br>1 TORREY PINE COURT<br>SPARTANBURG, SC 29306<br>(864) 596-4501<br>FAX (864) 596-8854<br>Edward_Smith@ca4.uscourts.gov | **DONNA S. HART**<br>SENIOR RESIDENT CIRCUIT<br>MEDIATOR<br>DURHAM, NORTH CAROLINA<br><br>**FRANK C. LANEY**<br>CIRCUIT MEDIATOR<br>CARY, NORTH CAROLINA |

July 3, 2013

Re: 13-1721 (L), The Medical Protective Compan v. Kyrsten Sutton

## **NOTICE OF RESCHEDULED MEDIATION**

Dear Counsel:

This letter will confirm that the mediation conference has been rescheduled for August 2, 2013 at 9:00am EASTERN time.

Thank you for your assistance in this matter.

Sincerely,

Edward G. Smith
Circuit Mediator

Copies:  Ronald Hawthorne Barrett
John Richard Gerstein
Oana Dobrescu Johnson
John Thomas Lay Jr.
Gabriela Richeimer
Thomas C. Salane