FILED:  July 3, 2013

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 13-1721 (L)

(2:12-cv-00194-RMG)

_____

KYRSTEN E. SUTTON, MD

Defendant and 3rd-Party Plaintiff - Appellee

and

FIRST PROFESSIONALS INSURANCE COMPANY

Plaintiff - Appellee

v.

THE MEDICAL PROTECTIVE COMPANY

Third Party Defendant - Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Appendix due from Medical Protective: 09/04/2013

Opening brief due from Medical Protective: 09/04/2013

Opening/response brief due Kyrsten Sutton: 10/07/2013

Response brief due from First Professionals Insurance due: 11/08/2013

Medical Protective and Kyrsten Sutton's Reply briefs permitted within 14 days of service of response brief filed by First Professionals Insurance.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk