FILED: August 21, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1721 (L)
(2:12-cv-00194-RMG)

_____

KYRSTEN E. SUTTON, MD

       Defendant and 3rd-Party Plaintiff - Appellee

and

FIRST PROFESSIONALS INSURANCE COMPANY

       Plaintiff - Appellee

v.

THE MEDICAL PROTECTIVE COMPANY

       Third Party Defendant - Appellant

_____

O R D E R
_____

The court extends the briefing schedule as follows:

Appendix due from Medical Protective: 09/17/2013

Opening brief due from Medical Protective: 09/17/2013

Opening/response brief due from Kyrsten Sutton: 10/21/2013

Response briefs due from First Professionals Insurance: 11/22/2013

Medical Protective and Kyrsten Sutton's reply briefs permitted within 14 days from service of response brief filed by First Professionals Insurance.

          For the Court--By Direction

          /s/ Patricia S. Connor, Clerk